UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-24080-PCH

FREDERICK GONZALEZ and all others )
similarly situated under 29 U.S.C. 216(b), )

        Plaintiff,

vs.

HOMELAND PATROL CORP.,
MIRTHA CORDERO,
AUGUSTO CORDERO,

        Defendants.

## ANSWERS TO COURT INTERROGATORIES TO PLAINTIFF

1) October 2009 – November 16, 2017
2) Mirtha Cordero
3) From 10/09 – 12/15, I worked
    a. M – F, 6:00pm – 8:30am
    b. Sa, 6:00pm – 11am
    c. Su, 4:00pm – 8:30am

    And from 1/16 – 5/1/17, I worked
    a. M – F, 6:00pm – 8:30am
4) Security guard – duties included maintaining the safety and security of the storage facility I was assigned to.
5) $8.10/hour
6) Miscalculation
7) To the best of my knowledge,
    a. Dates – October 2009 – December 2015, and January 2016 – May 2017
    b. For 10/09 – 12/15, regularly worked an average of 106 hours/week. For 1/16 – 5/17, regularly worked 72.5 hours/week.
    c. For 10/09 – 12/15, I averaged 66 hours of overtime/week. For 1/16 – 5/17, I averaged 32.5 overtime hours/week.
    d. I was paid the same rate for all hours worked.
    e. $50,240.24
        i. 60 weeks (11/6/14 – 12/31/15) x ½ time rate $4.05 x o/t hours/week 66 = $16,038.00

      ii. 69 weeks (1/1/16 – 5/1/17) x ½ time rate $4.05 x o/t hours/week 32.5 = $9,082.12

      iii. $25,120.12 x 2 (liquidated damages) = $50,240.24

8) As follows,
   a. Those employees that worked shifts similar to mine.
   b. No.
9) Costs - $520.00

   Fees – Attorney fees to date: $1,050.00

   J.H. Zidell, Esq. – 1.5 hours X $390.00 per hour = $585
   K. David Kelly, Esq. – .7 hours X $350.00 per hour = $245
   Adam J. Berman – 1 hour X $220.00 per hour = $220

10) My attorney filed my written complaint on November 6, 2017. I did not bring up the violations with my employer at any point prior to the complaint being filed.
11) Written, attached.
12) As of yet, my employer has not formally responded. But I was told previously, prior to my considering filing a lawsuit, that they "do not pay overtime."

_____     X_____
Frederick Gonzalez                           Signature
Name

STATE OF FLORIDA
COUNTY OF DADE

Before me, the undersigned authority, on this day, personally appeared **FREDERICK GONZALEZ**, who being duly sworn, deposes and says that he has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct Witness presented a Florida Driver Lic.

SWORN TO AND SUBSCRIBED before me on this 4th day of December 2017. Exp: 4/29/21

Notary Public



K. DAVID KELLY
MY COMMISSION # FF 179242
EXPIRES: January 16, 2019
Bonded Thru Notary Public Underwriters

**INTERPRETER'S ACKNOWLEDGEMENT:**

On December 4, 2017, LISA NOVICK, personally known to me, affirmed that the foregoing was translated for **FREDERICK GONZALEZ** and that he fully understood and affirmed the contents of the foregoing.

Lisa Novick

K. DAVID KELLY
MY COMMISSION # FF 179242
EXPIRES: January 16, 2019
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC / STAMP