UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-24080-PCH

FREDERICK GONZALEZ and all others
similarly situated under 29 U.S.C. 216(b),

Plaintiff,
vs.

HOMELAND PATROL CORP.,
MIRTHA CORDERO,
AUGUSTO CORDERO,

Defendants.

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described Statement of Claim as follows:

**FREDERICK GONZALEZ**
**Federal Overtime Wage Claim (11/6/14-12/31/15):**
Weeks: 60
Overtime hours per week: 66
Amount of overtime per hour not compensated: $4.05 (based on $8.10/hr.)
Total overtime wages unpaid and liquidated damages: $16,038.00 X 2 = $32,076.00, *exclusive of attorneys' fees and costs*

**Federal Overtime Wage Claim (1/1/16-5/1/17)**:
Weeks: 69
Overtime hours per week: 32.5
Amount overtime per hour not compensated: $4.05 (based on $8.10/hr.)
Total overtime wages unpaid and liquidated damages: $9,082.12 X 2 = $18,164.24 *exclusive of attorneys' fees and costs*

**Total Liquidated: $50,240.24**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs sought by Plaintiff under the FLSA.

*Plaintiff reserves the right to seek time and one-half damages for any overtime hours that went entirely unpaid, should the facts adduced during discovery justify same.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Adam Berman
Adam Berman
ajberman.jhzidell@gmail.com
Florida Bar Number: 0121779

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on

December 11, 2017, to:

**Andrew Bryan Zelmanowitz**
Lewis Brisbois Bisgaard & Smith, LLP
110 SE 6th Street
Suite 2600
Fort Laudedale, FL 33301
954-728-1280
Fax: 954-7281282
Email: andrew.zelman@lewisbrisbois.com

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Adam Berman
Adam Berman
ajberman.jhzidell@gmail.com
Florida Bar Number: 0121779
