UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-24080-PCH

FREDERICK GONZALEZ and all Others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

HOMELAND PATROL CORP., MIRTHA
CORDERO, AUGUSTO CORDERO,

Defendants.
_____/

## DEFENDANT, HOMELAND PATROL CORP.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant, Homeland Patrol Corporation ("Homeland") by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby discloses the following:

Homeland is a Florida corporation that is authorized to do business in the State of Florida. Homeland has no parent company and no publicly held company owns 10% or more of its stock.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2017, a true and correct copy of the foregoing was served by electronic mail using the Court's CM/ECF system or by other means, as indicated in attached the service list, on all counsel or parties of record on the Service List below.

4823-1790-1145.1

        LEWIS BRISBOIS BISGAARD & SMITH, LLP
*Attorneys for Defendants, Homeland Patrol Corp. and Mirtha Cordero*
110 SE Sixth Street, 26th Floor
Fort Lauderdale, Florida  33301
Telephone:      (954)728-1280
Facsimile:       (954)728-1282
E-Mail:  ken.joyce@lewisbrisbois.com
E-Mail:  andrew.zelman@lewisbrisbois.com
E-Service:  ftlemaildesig@lbbslaw.com


BY:     */s/ Andrew B. Zelman*
            KENNETH J. JOYCE, ESQ.
            Florida Bar No.:  986488
            ANDREW B. ZELMAN, ESQ.
            Florida Bar No.:  74202


## SERVICE LIST


Jamie H. Zidell, Esq.
Karl D. Kelly, Esq.
Adam J. Berman, Esq.
**J.H. ZIDELL, P.A.**
*Counsel for Plaintiff Frederick Gonzalez*
E-Mail:  zabogado@aol.com
E-Mail:  david.kelly38@rocketmail.com
E-Mail:  ajberman@jhzidell@gmail.com
300 71st Street, Suite 605
Miami Beach, Florida  33141
Telephone:      (305) 865-6766
Facsimile:      (305) 865-7167