UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24080-CIV-HUCK/MCALILEY

FREDERICK GONZALEZ an all others
similarly situated under 29 U.S.C. § 216(b),

      Plaintiff,

v.

HOMELAND PATROL CORP., MIRTHA
CORDERO, AUGUSTO CORDERO,

      Defendants.

_____/

## ORDER SETTING SETTLEMENT CONFERENCE

On November 28, 2017, the Honorable Paul C. entered an Order referring this case to me for a Settlement Conference. [DE 6]. In accordance with the Order, the parties contacted my chambers to schedule the Settlement Conference, which I will hold a in this case on **January 9, 2018 at 2:00 p.m.**, in chambers at the C. Clyde Atkins Courthouse, 301 North Miami Avenue, Sixth Floor, Miami, Florida 33128. I further ORDER that:

1. **By January 5, 2018, counsel must exchange copies of those documents that support their claims and defenses. No later than January 8, 2018, counsel must speak by telephone or in person and identify any factual issues that need further development, and make every effort to exchange additional requested information. The Court expects the parties to arrive at the conference prepared to engage in**

**fruitful settlement discussions. FAILURE TO TIMELY APPEAR MAY RESULT IN MONETARY SANCTIONS.**

2.      The Settlement Conference shall be attended by all parties, corporate representatives, and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this conference may result in the undersigned's *sua sponte* recommendation that sanctions be entered against the offending party.

3.      In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s) or the most recent demand, whichever is lower, shall also be present.

4.      The Conference will not be continued absent a written motion and a showing of compelling circumstances.

5.      Telephonic attendance will not be considered without my prior permission, and unless extraordinary circumstances exist.

6.      In the event this matter settles prior to the Conference, the parties shall immediately advise my chambers.

7.      The Conference shall be conducted without a court reporter and will not be tape recorded. All representations and statements made at the Conference shall remain confidential.

8.      The parties shall take note that in civil actions the Court does not provide an interpreter for parties who do not speak English. In the event that a party requires an interpreter, it shall be that party's burden to provide one.

9.      The parties are further advised that all electronic devices, including cell phones and laptop computers, with limited exceptions, are prohibited from being brought into the Federal Courthouse. Counsel are responsible for informing their clients of the Court's electronic device policy.

DONE and ORDERED in chambers at Miami, Florida this 27th day of December, 2017.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:

The Honorable Paul C. Huck
Counsel of record