UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-24080-HUCK/McAliley

FREDERICK GONZALEZ and all Others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

HOMELAND PATROL CORP., MIRTHA
CORDERO, AUGUSTO CORDERO,

Defendants.
_____/

**DEFENDANT, HOMELAND PATROL CORP.'S RULE 7.1
DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Defendant, Homeland Patrol Corporation ("Homeland") by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and the Court's Order Setting Civil Jury Trial Date and Pretrial Schedule [D.E. 16], hereby discloses the following:

Homeland is a Florida corporation that is authorized to do business in the State of Florida. Homeland has no parent company and no publicly held company owns 10% or more of its stock.

Homeland and Defendant Mirtha Cordero, hereby lists the following entities and/or persons known by Defendants who may have a financial interest in the outcome of this action:

1.    Plaintiff, Frederick Gonzalez;

2.    Plaintiff's counsel, J.H. Zidell P.A. and attorneys, J.H. Zidell, Esq. and Adam Berman, Esq.;

3.    Defendants, Homeland Patrol Corp., Mirtha Cordero, and Augusto Cordero; and

4.    Defendants, Homeland and Mirtha Cordero's counsel, Lewis Brisbois Bisgaard & Smith LLP, and attorney, Andrew B. Zelman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2018, a true and correct copy of the foregoing was served by electronic mail using the Court's CM/ECF system or by other means, as indicated in attached the service list, on all counsel or parties of record on the Service List below.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
*Attorneys for Defendants, Homeland Patrol Corp. and Mirtha Cordero*
110 SE Sixth Street, 26th Floor
Fort Lauderdale, Florida  33301
Telephone:     (954)728-1280
Facsimile:      (954)728-1282
E-Service:  ftlemaildesig@lbbslaw.com


BY:     */s/ Andrew B. Zelman*
          KENNETH J. JOYCE, ESQ.
          Florida Bar No.:  986488
          E-Mail:  ken.joyce@lewisbrisbois.com
          ANDREW B. ZELMAN, ESQ.
          Florida Bar No.:  74202
          E-Mail:  andrew.zelman@lewisbrisbois.com

## SERVICE LIST

Jamie H. Zidell, Esq.
Karl D. Kelly, Esq.
Adam J. Berman, Esq.
**J.H. ZIDELL, P.A.**
*Counsel for Plaintiff Frederick Gonzalez*
300 71st Street, Suite 605
Miami Beach, Florida  33141
Telephone:     (305) 865-6766
Facsimile:      (305) 865-7167
E-Mail: zabogado@aol.com
E-Mail: david.kelly38@rocketmail.com
E-Mail: ajberman@jhzidell@gmail.com

4817-5409-3402.1