UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24080-CIV-MCALILEY
(CONSENT CASE)

FREDERICK GONZALEZ an all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

v.

HOMELAND PATROL CORP., MIRTHA
CORDERO, AUGUSTO CORDERO,

    Defendants.
_____/

## ORDER SETTING TELEPHONIC FAIRNESS HEARING

Pending before the Court is the parties' Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice. [DE 24]. This case involves a claim filed under the Fair Labor Standards Act (FLSA), and thus the Court must review the parties' settlement for fairness, which includes a review of counsel's legal fees. *Lynn's Food Stores, Inc. v. United States, U.S. Dep't. Of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982) (citations omitted). The "FLSA requires judicial review of the reasonableness of counsel's legal fees to assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement. [The] FLSA provides for reasonable attorney's fees; the parties cannot contract in derogation of FLSA's provisions." *Silva v. Miller*, 307 Fed.Appx. 349, 351 (11th Cir. 2009).

The Court will hold a telephonic fairness hearing to determine the reasonableness of Plaintiff's counsel's legal fees on **January 24, 2018 at 4:00 p.m.** Counsel should use the following dial-in information:

> **Telephone number: 1-888-684-8852**
> **Access code: 9675400**
> **Security code: 5890**

Plaintiff's counsel shall file a copy of his contingency fee retainer, **no later than January 23, 2018**. At the fairness hearing, Plaintiff's counsel shall be prepared to advise the Court of the hours billed on this matter.

DONE and ORDERED in chambers at Miami, Florida, this 22nd day of January, 2018.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record